IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA

JAMES CLARK,                                            CASE NO.:

    Plaintiff,

vs.

RETRIEVAL-MASTERS CREDITORS          DEMAND FOR JURY TRIAL
BUREAU, INC.,

    Defendant.
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, JAMES CLARK (hereafter "Plaintiff"), by and through undersigned counsel, hereby sues Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC. (hereafter "Defendant"), and states as follows:

### PRELIMINARY STATEMENT

This action arises out of Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* (hereafter the "TCPA").

### GENERAL ALLEGATIONS

1. Plaintiff is an individual residing in Pinellas County, Florida.

2. Jurisdiction and venue are proper in the Court under 47 U.S.C. § 227(b)(3).

3. This is an action for damages greater than $15,000.00.

4. Defendant a foreign limited partnership as registered with Florida Department of State, Division of Corporations.

5. Defendant is a "Debt Collector," as defined by the FCCPA, Fla. Stat. § 559.55(6), and does business throughout the state of Florida, including Pinellas County, Florida.

6. The debt is a consumer debt as defined by the FCCPA, Florida Statute §559.55(1).

7. Defendant is a "person" subject to regulations under the 47 U.S.C. § 227(b)(1).

## FACTUAL ALLEGATIONS

8. The following phone number, (800) 804-0057, is a phone number of Defendant.

9. Plaintiff's cellular telephone number is (727) 365-7848.

10. Defendant used an automatic telephone dialing system or an artificial or prerecorded voice to place telephone calls from (800) 804-0057 to Plaintiff's cellular telephone on the following dates:

| | |
|---|---|
| July 24, 2014 at 3:11 p.m.; | August 22, 2014 at 4:10 p.m.; |
| July 28, 2014 at 2:53 p.m.; | August 26, 2014 at 2:05 p.m.; |
| July 29, 2014 at 12:43 p.m.; | August 28, 2014 at 3:34 p.m.; |
| August 7, 2014 at 3:03 p.m.; | August 29, 2014 at 3:22 p.m.; |
| August 8, 2014 at 4:34 p.m.; | September 1, 2014 at 11:54 a.m.; |
| August 11, 2014 at 11:09 a.m.; | September 3, 2014 at 3:16 p.m.; |
| August 12, 2014 at 3:32 p.m.; | September 2, 2014 at 3:23 p.m.; |
| August 13, 2014 at 9:54 a.m.; | September 4, 2014 at 3:36 p.m.; |
| August 14, 2014 at 4:07 p.m.; | September 10, 2014 at 1:37 p.m.; |
| August 15, 2014 at 9:58 a.m.; | September 16, 2014 at 6:34 p.m.; |
| August 18, 2014 at 9:28 a.m.; | September 17, 2014 at 5:17 p.m.; |
| August 19, 2014 at 2:48 p.m.; | September 18, 2014 at 6:02 p.m.; |
| August 20, 2014 at 3:54 p.m.; | September 19, 2014 at 4:46 p.m.; |
| August 21, 2014 at 4:13 p.m.; | September 23, 2014 at 6:15 p.m.; |

September 29, 2014 at 4:31 p.m.;

September 30, 2014 at 2:20 p.m.;

October 1, 2014 at 1:41 p.m.;

October 2, 2014 at 12:49 p.m.;

October 3, 2014 at 12:43 p.m.;

October 6, 2014 at 12:25 p.m.;

October 7, 2014 at 12:54 p.m.;

October 8, 2014 at 1:09 p.m.;

October 10, 2014 at 12:42 p.m.;

October 13, 2014 at 1:02 p.m.;

October 15, 2014 at 4:49 p.m.;

October 16, 2014 at 5:38 p.m.;

October 17, 2014 at 1:13 p.m.;

October 20, 2014 at 3:12 p.m.;

October 21, 2014 at 12:50 p.m.;

October 29, 2014 at 1:02 p.m.;

October 30, 2014 at 12:38 p.m.;

November 4, 2014 at 12:00 p.m.;

November 19, 2014 at 4:30 p.m.;

November 21, 2014 at 2:41 p.m.;

November 25, 2014 at 2:13 p.m.;

December 2, 2014 at 11:55 a.m.;

December 3, 2014 at 4:39 p.m.;

December 4, 2014 at 4:35 p.m.;

December 5, 2014 at 11:56 a.m.;

December 10, 2014 at 4:53 p.m.;

December 11, 2014 at 3:22 p.m.;

December 12, 2014 at 2:37 p.m.;

December 17, 2014 at 4:10 p.m.;

December 22, 2014 at 4:36 p.m.;

December 24, 2014 at 3:12 p.m.;

December 30, 3014 at 5:19 p.m.;

January 5, 2015 at 3:00 p.m.;

January 8, 2015 at 1:12 p.m.;

January 20, 2015 at 7:27 p.m.;

January 21, 2015 at 3:00 p.m.;

January 22, 2015 at 7:09 p.m.;

January 23, 2015 at 5:12 p.m.;

January 29, 2015 at 2:32 p.m.;

February 3, 2015 at 12:16 p.m.;

February 4, 2015 at 3:26 p.m.; and

February 5, 2015 at 2:50 p.m.

11. On July 24, 2014, during the telephone call referenced in the immediately preceding paragraph, Plaintiff advised Defendant to stop calling his cellular telephone. *See* Exhibit "A."

12. Defendant knowingly or willfully called Plaintiff's cellular telephone from telephone number (800) 804-0057 after Defendant had unequivocal noticed Plaintiff to cease the calls.

13. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

14. None of Defendant's telephone calls placed to Plaintiff were made with Plaintiff's "prior express consent" as specified in 47 U.S.C. § 227 (b)(1)(A).

15. All conditions precedent to the filing of this lawsuit have been performed or have occurred.

### COUNT I: VIOLATION OF THE TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)

16. Plaintiff incorporates all allegations in paragraphs 1-15 as if stated fully herein.

17. Jurisdiction is proper, pursuant to 47 U.S.C. § 227(b)(3).

18. Defendant used an automatic telephone dialing system or an artificial or prerecorded voice as defined by 47 U.S.C. § 227(a)(1)(A)(iii) to make telephone calls to Plaintiff's cellular telephone.

19. Defendant independently violated 47 U.S.C. § 227(b)(1)(A)(iii) for each call that Defendant placed to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or prerecorded voice.

20. The phone calls made by Defendant are considered willing and knowing violations of the TCPA, as Defendant is well aware of the TCPA and its prohibitions.

**WHEREFORE**, Plaintiff, JAMES CLARK, demands judgment against Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC., for the following relief:

a. statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) in the amount of $500.00 for each of the independent violations occurring after July 24, 2014;

b. an increase in the amount of the award to an amount equal to three times the amount available pursuant to 47 U.S.C. § 227(b)(3)(B) where each of Defendant's independent violations were made willfully or knowingly; and

c. any other relief the court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues.

Dated this 18th day of February, 2015.

Boss, Arrighi & Hoag, P.L.

/s/ *Christopher W. Boss*
**Christopher W. Boss**, Fla. Bar No.: 13183
Email: CWBservice@protectyourfuture.com
Service Email: cpservice@protectyourfuture.com
9800 Fourth Street North, Suite 402
St. Petersburg, Florida 33702
Phone: (727) 471-0039
Fax:    (888) 503-2182
**Attorney for Plaintiff**