UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES CLARK,

        Plaintiff,

Case No. 8:15-cv-00551-T-VMC-TGW

v.

RETRIEVAL-MASTERS
CREDITORS BUREAU, INC.,

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff JAMES CLARK and Defendant RETRIEVAL-MASTERS CREDITORS BUREAU, INC., by and through their undersigned counsel, and notify the Court that a compromise settlement has been reached between the parties and the parties anticipate the filing of a Joint Stipulation for Dismissal with Prejudice within the next Ninety (90) days in this action. As such, the parties request the Court to enter an Administrative Dismissal in this case.

Respectfully submitted this 14th day of May, 2015.

| | |
|---|---|
| /s/ *Christopher W. Boss* | /s/ *Ernest H. Kohlmyer, III* |
| Christopher W. Boss, Esq. | Ernest H. Kohlmyer, III, Esq., LL.M. |
| Florida Bar No. 13183 | Florida Bar No. 0110108 |
| Email: chris@protectyourfuture.com | Email: kohlmyer@urbanthier.com |
| Boss Law, P.L. | Urban, Their & Federer, P.A. |
| 9887 4th Street North, Suite 202 | 200 South Orange Avenue, Suite 2000 |
| St. Petersburg, Florida 33702 | Orlando, Florida 32801 |
| Tel: (727) 471-0039 | Tel: (407) 245-8352 |
| Attorneys for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on May 14,

2015 via the Court Clerk's CM/ECF system which will provide notice to the following: Christopher W. Boss, Esquire of the law firm Boss, Arrighi & Hoag, PL. at CWBservice@protectyourfuture.com and CPService@protectyourfuture.com *(Attorneys for Plaintiff)*.

>*/s/ Ernest H. Kohlmyer, III*
>Ernest H. Kohlmyer, III
>Florida Bar No.: 110108
>kohlmyer@urbanthier.com
>Urban, Thier & Federer, P.A.
>200 S. Orange Avenue, Suite 2000
>Orlando, FL   32801
>Telephone: (407) 245-8352
>Facsimile: (407) 245-8361
>*Attorneys for Defendant*